UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF**:** **MICHELLE BALDRIDGE JONES**     CASE NO:  **04-05474-8-SWH**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **FIRST POINT**<br>**PO BOX 26140**<br>**GREENSBORO, NC 27402** | **$67.22** | **2/4/10** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**June 23, 2010**              /s/ Trawick H. Stubbs, Jr.
               **TRAWICK H. STUBBS, JR.**
               **CHAPTER 13 TRUSTEE**
               **P. O. BOX 1618**
               **NEW BERN, NC  28563**
               **(252) 633-0074**